```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| WILLIAM SPARKS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DUCKREY ENTERPRISES, INC., | : | |
| et al. | : | NO. 05-2178 |

ENTRY OF CIVIL JUDGMENT

AND NOW, this 6th day of August, 2012, upon consideration of the plaintiff's Request for Default Judgment [against Duckrey Enterprises, Inc.] (Docket No. 124); after an on-the-record hearing on the issue of damages on March 13, 2007; upon consideration of the plaintiff's Post-Hearing Submission; after a supplemental hearing on the issue of damages on August 2, 2011; upon consideration of the plaintiff's counsel's supplemental submission on the issue of attorney's fees; and for the reasons stated in a memorandum of law bearing today's date; IT IS HEREBY ORDERED in accordance with Rules 55(b) and 58 of the Federal Rules of Civil Procedure that judgment is entered in favor of the plaintiff and against the defendant Duckrey Enterprises, Inc. as follows:

1. The plaintiff is awarded $39,118.55 in attorney's fees;

2. The plaintiff is awarded $3200 as restitution for insurance premiums paid.

The Clerk is, therefore, directed to enter judgment for the plaintiff and against Duckrey Enterprises, Inc. in the amount of $42,318.55.

BY THE COURT:

<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.